UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CONSTANCE BURGER,

    Plaintiff,                                    Case No. 3:24-cv-42

vs.

AUTO-OWNERS INSURANCE COMPANY,    District Judge Michael J. Newman
                                                      Magistrate Judge Caroline H. Gentry

    Defendant.

_____

### ORDER REQUIRING THE PARTIES TO FILE A STATUS REPORT BY MAY 21, 2025

_____

        The Court **ORDERS** the parties to file a joint status report by **May 21, 2025,** indicating whether they have resolved this matter or, in the alternative, whether they need more time for discovery and/or mediation.

        **IT IS SO ORDERED.**

May 8, 2025                                                      s/*Michael J. Newman*
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge