UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CONSTANCE BURGER,

    Plaintiff,

vs.

AUTO-OWNERS
INSURANCE COMPANY,

    Defendant.

Case No. 3:24-cv-42

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter (Doc. No. 24), **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

May 27, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge